IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) | CIVIL ACTION No. 07-01373(RJL) |
| v. | ) ) | |
| SKY-MET, INC., *et al* | ) ) | |
| Defendants | ) | |

## REQUEST TO CLERK TO ENTER
## DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

You will please enter a default on Defendant, Sky-Met, Inc. d/b/a Sky-Met for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Kent Cprek.

        Respectfully submitted,

        JENNINGS SIGMOND, P.C.

      BY:/s/  Kent Cprek
      KENT CPREK
      Bar No. 478231
      The Penn Mutual Towers, 16th Floor
      510 Walnut Street, Independence Square
      Philadelphia, PA 19106-3683
      (215) 351-0615
Date: October 5, 2007  Attorney for Plaintiff

OF COUNSEL:

PHILIP A. LOZANO
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0669

188655-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION No. 07-01373(RJL) |
| v. | ) ) | |
| SKY-MET, INC., *et al* | ) ) | |
| Defendants | ) | |

### DECLARATION OF KENT CPREK, ESQUIRE
### FOR ENTRY OF DEFAULT

Kent Cprek, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Defendant, Sky-Met, Inc. d/b/a Sky-Met on August 28, 2007 by Craig Lowe, Process Server, who served Gaven Poe, Owner at 10630 E. Cholla St., Scottsdale, AZ 85259. The Return of Service has been duly docketed with the Court.

3. The time in which Defendants may answer or otherwise move as to the Complaint has expired.

4. Defendants have not answered or otherwise moved and the time for Defendants to answer or otherwise move has not been extended by Order of the Court.

5. Neither of the Defendants is an infant or an incompetent person and, as a company, Sky-Met, Inc. d/b/a Sky-Met is not in the military service.

188655-1

I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

s/   Kent Cprek
KENT CPREK, ESQUIRE

Date: October 5, 2007

188655-1

## CERTIFICATE OF SERVICE

I, KENT CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

SKY-MET, INC.
d/b/a Sky-Met
10630 East Cholla Street
Scottsdale, AZ 86403

s/    Kent Cprek
KENT CPREK, ESQUIRE

Date: October 5, 2007

188655-1