AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

SKY-MET, INC.
d/b/a SKYMET
10630 East Cholla Street
Scottsdale, AZ 86403

Case: 1:07-cv-01373
Assigned To : Leon, Richard J.
Assign. Date : 7/27/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

SKY-MET, INC.
d/b/a SKYMET
10630 East Cholla Street
Scottsdale, AZ 86403

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                          JUL 27 2007
CLERK                                            DATE

(By) DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

| | |
|---|---|
| International Painters and Allied Trades Industry Pendion Fund | NO. 07-CV-01373 |
| | AFFIDAVIT OF SERVICE OF PROCESS |
| Plaintiff(s)/Petitioner(s), | |
| v. | |
| Sky-Met, Inc. d/b/a Skymet | |
| Defendant(s)/Respondent(s). | |

I __CRAIG LOWE__ Being duly sworn, depose and say that I am fully qualified under ARCP 4(e) to serve process within the State of Arizona, and executed service in the manner described below:

**Documents Served:** Summons & Complaint

**Service Upon:** Sky-Met, Inc. d/b/a Skymet

**Date of Service:** August 28th, 2007        **Time Of Service:** 9:20 AM

**Address of Service:** 10630 E. Cholla St., Scottsdale, AZ 85259

**Manner of Service:**

☐ By serving _____ in person.

☐ Substitute, by serving _____, a person of suitable age & discretion who resides with _____ at the address of service.

☒ By personally serving **GAVEN POE** who holds the position of **OWNER**.

☐ Other Service, As Detailed Below.

☐ Non-Service for the Reasons Detailed Below.

_____
_____
_____

I certify under penalty of perjury that the foregoing is true and correct.

X _____
Declarant: Print Name __CRAIG LOWE__
Registered in __Maricopa__ County

Subscribed and Sworn to before
me this __4th__ day of __Sept__ 2007.

_____ Notary Public

JEFFREY EVERT
Notary Public - Arizona
Maricopa County
My Comm. Expires Mar 14, 2009