Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

    Plaintiff(s)

V.

SKY-MET, INC.
doing business as
SKYMET

    Defendant(s)

Civil Action No. 07-cv-01373-RJL

RE:  SKY-MET, INC. doing business as SKYMET

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on August 28, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 9th day of October, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
Deputy Clerk