## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) | CIVIL ACTION No. 07-01373(RJL) |
| v. | ) ) | |
| SKY-MET, INC., *et al* | ) ) | |
| Defendants | ) | |

### STATUS REPORT

1.    On October 5, 2007, Plaintiff filed with the Clerk of the Court a Request to Enter

Default against Defendant pursuant to Federal Rule of Civil Procedure 55(a).

2.    Default was subsequently entered on October 9, 2007.

3.    Plaintiff filed a Motion for Entry of Judgment by Default on November 28, 2007.

4.    Plaintiff is awaiting a ruling on its Motion for Entry of Judgment by Default.

Respectfully submitted,

JENNINGS SIGMOND

BY:/s/ Kent G. Cprek
KENT G. CPREK, ESQUIRE
(I.D. NO. 478231)
PHILIP A. LOZANO, ESQUIRE
(I.D. NO. 979737)
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0669/0615
Attorneys for Plaintiff

Date:  July 11, 2008

197433-1

## CERTIFICATE OF SERVICE

I, KENT CPREK, ESQUIRE, state under penalty of perjury that the foregoing Status

Report was served by mailing same first class mail, postage pre-paid on the date below addressed

to:

SKY-MET, INC.
d/b/a Sky-Met
10630 East Cholla Street
Scottsdale, AZ 86403

/s/ Kent Cprek
KENT CPREK, ESQUIRE

Date: July 11, 2008

197433-1